United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 8, 2006**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

04-10615

_____

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

                              v.

BENJAMIN JOHN BOYLE,

                                                    Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Texas
4:02-cr-00199

_____

Before GARWOOD, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     In this appeal, Appellant Benjamin Boyle seeks only a review
of the length of his sentence.  After the appeal was docketed and
briefs filed by the parties and before the Court could issue an
opinion on the merits, Appellant's sentence expired and he has been
released from custody.  The counsel of record agree and we also
conclude that since Appellant's sentence expired during the course
of the proceeding that the case is moot.  *Lane v. Williams*, 455

------

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S. 624, 631 (1982).

APPEAL DISMISSED AS MOOT.